UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JERRY A SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MGM PROPERTY MANAGEMENT LLC, et al.,<br><br>Defendants. | Case No. 2:25-CV-531-GSL-AZ |

**ORDER**

This matter is before the Court on Magistrate Judge Abizer Zanzi's Report and Recommendation, [DE 78], entered on August 24, 2026. For the reasons fully explained in the report, Judge Zanzi recommends that the Court grant Defendants MGM Property Management, Kevin Morse, and Lakenya Dow's Motion to Dismiss, [DE 32].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's Report and Recommendation, [DE 78], in full and **GRANTS** Defendants' Motion to Dismiss, [DE 32].

SO ORDERED.

ENTERED: September 9, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court